UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANDRE' VANCE POWELL,<br><br>    Petitioner,<br>v.<br><br>BRUCE LEMMON,<br><br>    Respondent. | No. 2:09-cv-304-WTL-JMS |

**Entry Discussing Petition for Writ of Habeas Corpus**

  In a prison disciplinary proceeding identified as No. ISF 08-02-0155, Andre' Vance Powell was found guilty of violating prison rules and was sanctioned. That determination has since been dismissed and the sanctions have been rescinded. This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

  The respondent's motion to dismiss (dkt 13) is **granted.** Judgment consistent with this Entry shall now issue.

  **IT IS SO ORDERED.**


Date: 02/24/2010

                *William T. Lawrence*
                Hon. William T. Lawrence, Judge
                United States District Court
                Southern District of Indiana