UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANDRE' VANCE POWELL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BRUCE LEMMON, )<br>)<br>Respondent. ) | No. 2:09-cv-304-WTL-JMS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 02/24/2010

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Andre' Vance Powell
No. 951140
Putnamville Correctional Facility
1946 West US Hwy 40
Greencastle, IN 46135

Stephanie.Rothenberg@atg.in.gov